ACCEPTED
04-14-00734-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/29/2015 11:31:47 AM
KEITH HOTTLE
CLERK

LAW OFFICES

# CURL STAHL GEIS

A PROFESSIONAL CORPORATION

700 NORTH ST. MARY'S STREET, SUITE 1800

SAN ANTONIO, TEXAS 78205

TELEPHONE (210) 226-2182

TELECOPIER (210) 226-1691

www.csg-law.com

PAUL T. CURL
BOARD CERTIFIED—CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
ptcurl@csg-law.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

06/29/15 11:31:47 AM

KEITH E. HOTTLE
Clerk

June 29, 2015

Clerk, Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

> RE: Case No. 04-14-00734-CV; Sandra Saks, et al. v. Broadway Coffeehouse, LLC, et al.

Dear Clerk:

In our briefing to the Court in this case, we referred the Court to the facts and rulings in <u>Davis v. Merriman</u>, No. 04-13-00518-CV, 2015 WL 1004357 (Tex. App. – San Antonio, March 4, 2015). I am writing to make sure the Court is aware that on June 26, 2015, the Texas Supreme Court denied the petition for review in that case.

Thank you for your consideration.

Very truly yours,

Paul T. Curl

PTC/re
cc: Mr. Philip M. Ross (via email)
    Mr. Royal B. Lea, III (via email)
    Ms. Lauren Saks Merriman (via email)